PROB 12B
(7/93)

# United States District Court

### for

### District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Manuel Lopes

Cr.: 06-00741-001
PACTS Number: 43349

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway

Date of Original Sentence: 02/28/07

Original Offense: Knowingly Transporting Aliens

Original Sentence: 18 months imprisonment, 2 years supervised release

Type of Supervision: Supervised Release                Date Supervision Commenced: 08/15/08

### PETITIONING THE COURT

[ ]    To extend the term of supervision for          Years, for a total term of          Years.
[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in an approved program for domestic violence.

### CAUSE

On March 8, 2009, the offender was arrested and charged with harassment and simple assault. These charges are pending in Elizabeth Municipal Court. The offender's wife has been interviewed several times since the incident and stated that the offender has never struck her and she wants to drop the charges. Based on the offender's prior arrest for a domestic violence offense with his former wife, and observations made by the probation officer, it appears the offender will benefit from domestic violence/anger management counseling. The offender has signed a waiver agreeing to this condition.

Respectfully submitted,

By: Edward J. Irwin
U.S. Probation Officer
Date:  04/30/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5-26-09
Date